LOUIS SALERNO, RESPONDENT, v. CITY OF PASSAIC, AP-
PELLANT.

Submitted March 27, 1916—Decided June 19, 1916.

On appeal from the Supreme Court, whose opinion is re-
ported in 88 *N. J. L.* 87.

For the respondent, *Andrew Foulds, Jr.,* and *William B.
Davidson.*

For the appellant, *Albert O. Miller, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, TRENCHARD, BERGEN, MINTURN, BLACK, TERHUNE,
HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 12.

*For reversal*—None.